GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff



CR22-02350 TUC-RCC(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Making a False Statement in Connection with Acquisition of a Firearm) Counts 1-6 |
| Jair Nolasco, | |
| Defendant. | 18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c) Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>**COUNTS ONE - SIX**</u>

On or about the dates listed below, in the District of Arizona, Defendant JAIR NOLASCO knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JAIR NOLASCO stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 11/05/2021 | SNG Tactical | Smith & Wesson M&P 9 Shield EZ 9mm pistol |
| 2 | 12/02/2021 | Bear Arms Firearms | FN SCAR17 .308 rifle |
| 3 | 12/10/2021 | Arizona Firearms | Zenith MKE Z-5RS 9mm pistol<br>Century Arms MKE AP5 9mm pistol |
| 4 | 01/08/2022 | Armor Bearer Arms | Anderson Manufacturing AM-15 multi-caliber lower receiver |
| 5 | 01/15/2022 | Armor Bearer Arms | 4 Anderson Manufacturing AM-15 multi-caliber lower receivers |
| 6 | 01/15/2022 | The Hub | Barrett .50 BMG rifle |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of Counts One through Five of the Indictment, the defendant, JAIR NOLASCO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Firearms/Receivers | Serial Number(s) |
|---|---|
| Smith & Wesson M&P 9 Shield EZ 9mm pistol | RED6115 |
| FN SCAR17 .308 rifle | H0C24987 |
| Zenith MKE Z-5RS 9mm pistol | T0624-18BH00229 |
| Century Arms MKE AP5 9mm pistol | T0624-20CF00546 |
| 5 Anderson Manufacturing AM-15 multi-caliber lower receivers | 21410924, 21410925, 21410926, 21410927, 21410928 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: October 26, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney